### SUPREME COURT.

SAMUEL ENOCH agt. HERMAN ERNST.

*New York Special Term, June,* 1861.

INGRAHAM, Justice. Where a party has been once arrested and held to bail, and has been discharged by the court for insufficiency in the affidavits, he should not be again arrested in the same action. Motion granted with $10 costs.